| Attorney or Party without Attorney:<br>Philip L. Fraietta<br>BURSOR & FISHER, P.A.<br>888 Seventh Ave<br>New York, NY 10019<br>    Telephone No: 646-837-7150<br>    Attorney For: Plaintiff | Ref. No. or File No.:<br>Sgro v Apple Inc | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>USDC Eastern District of Pennsylvania | | |
| Plaintiff: DAVID SGRO, et al.<br>Defendant: APPLE INC. | | |
| PROOF OF SERVICE | Hearing Date:    Time:    Dept/Div: | Case Number:<br>2:23-cv-00350-HB |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint - Class Action; Civil Cover Sheet; Designation Form

3. a. Party served:        APPLE INC.
   b. Person served:    Daisy Montenegro, Intake Specialist, authorized to accept service for CT Corporation System, Registered Agent , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:    330 N Brand Blvd Suite 700, Glendale, CA 91203

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Feb 17 2023 (2) at: 12:40 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)                                            d. The Fee for Service was:
   b. FIRST LEGAL
       1517 W. Beverly Blvd.
       LOS ANGELES, CA 90026
   c. (213) 250-1111

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

02/17/2023
(Date)                                                                                                            (Signature)



PROOF OF SERVICE

8406220
(362839)