IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID SGRO, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No.: 2:23-cv-00350-HB<br><br>Hon. Harvey Bartle III |

**JOINT MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA**

Defendant Apple Inc. ("Apple") and Plaintiff David Sgro ("Sgro"), by and through their undersigned counsel, hereby jointly move for an order, pursuant to the first-filed rule and section 1404(a), transferring this lawsuit to the Northern District of California, San Jose Division, for the same reason that the Court recently granted an unopposed motion to transfer a substantially similar action, *Serrano v. Apple.* No. 23-cv-00070.

Specifically, transfer to the Northern District of California is appropriate because a substantially similar case, *Libman v. Apple, Inc.*, No. 5:22-cv-07069 (N.D. Cal. 2022), was filed in that District over two months prior to this lawsuit. Moreover, since the filing of the *Libman* action, at least five similar cases have been transferred to the Northern District of California from other districts. *See Serrano v. Apple Inc.*, No. 23-cv-00070-HB (E.D. Pa. 2023) (ECF No. 22); *Popa v. Apple Inc.*, No. 23-cv-00095-CB (W.D. Pa. 2023) (ECF No. 12); *Farley v. Apple Inc.*, No. 23-cv-254-JMA-ARL (E.D.N.Y. 2023) (ECF No. 13); *Herrera v. Apple Inc.*, 23-cv-00411-JMF (S.D.N.Y. 2023) (ECF No. 14); *Robinson v. Apple Inc.*, 23-cv-00877-JLR (S.D.N.Y. 2023) (ECF No. 10). Additionally, at least five other similar cases have been filed in the Northern District of

California.  *See Cima v. Apple Inc.*, No. 5:23-cv-00397 (N.D. Cal. 2023); *Dluzak v. Apple, Inc.*, No. 5:23-cv-00426-NC (N.D. Cal. 2023); *Abad v. Apple, Inc.*, No. 5:23-cv-00505 (N.D. Cal. 2023); *Teixeira v. Apple Inc.*, No. 5:23-cv-00617 (N.D. Cal. 2023); *Barrott v. Apple Inc.*, 5:23-cv-00618-NC (N.D. Cal. 2023).  Transfer to the Northern District of California would therefore promote the interests of justice and enhance the convenience to witnesses, access to relevant documents and sources of proof, availability of process, and trial efficiency.

Accordingly, the parties respectfully request that the Court immediately transfer this case to the U.S. District Court for the Northern District of California, San Jose Division, pursuant to the first-filed rule and section 1404(a).  *See E.E.O.C. v. Univ. of Pa.*, 850 F.2d 969, 971-72 (3d Cir. 1988); *Jumara v. State Farm Ins. Co.*, 55 F.3d 873, 879-80 (3d Cir. 1995).

Dated: February 21, 2023

*/s/ Benjamin J. Eichel*
Michael J. Boni (PA. I.D. No. 52983)
Joshua D. Snyder (PA. I.D. No. 88657)
Benjamin J. Eichel (PA. I.D. No. 307078)
BONI, ZACK & SNYDER LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Telephone: (610) 822-0200
Facsimile: (610) 822-0206
Email: mboni@bonizack.com
Email: jsnyder@bonizack.com
Email: beichel@bonizack.com

Philip L. Fraietta (*pro hac vice* forthcoming)
Matthew A. Girardi (*pro hac vice* forthcoming)
Julian C. Diamond (*pro hac vice* forthcoming)
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com
Email: mgirardi@bursor.com
Email: jdiamond@bursor.com

*Attorneys for Plaintiff and the Proposed Class*

Respectfully Submitted:

*/s/ Stephen F. Raiola*
Peter St. Tienne Wolff (PA. I.D. No. 208433)
Stephen F. Raiola (PA. I.D. No. 329983)
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
Telephone: (412) 263-4352
Facsimile: (412) 263-4252
Email: psw@pietragallo.com
Email: sfr@pietragallo.com

Jeremy E. Abay (PA. I.D. No. 316730)
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
1818 Market Street, Suite 3402
Philadelphia, PA 19103
Telephone: (215) 320-6200
Facsimile: (215) 981-0082
Email: jea@pietragallo.com

Emily Johnson Henn (*pro hac vice* forthcoming)
Kathryn E. Cahoy (*pro hac vice* forthcoming)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com

*Attorneys for Defendant Apple Inc.*